Abraham Hochman, Respondent, v. Earl W. Pierce, Appellant. Fannie Haskin v. Earl W. Pierce. Israel Haskin, an Infant, etc., v. Earl W. Pierce. Max H. Ablon, Respondent, v. Earl W. Pierce, Appellant.—

Orders reversed, with ten dollars costs and disbursements, and motions granted on conditions stated in order. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.